## IN THE COUNTY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

KIMBERLY HOBSON                                        PLAINTIFF

VS.                                 CIVIL ACTION NO. 21-3816

MOBILE MEDIC AMBULANCE SERVICE, INC.
JOHN DOES 1-5                                  DEFENDANT

### COMPLAINT WITH DISCOVERY ATTACHED

**COMES NOW**, the Plaintiff, Kimberly Hobson, by and through their attorney, and files this Complaint against the Defendant, Mobile Medic Ambulance Service, Inc. and John Does 1-5, and in support of this suit, Plaintiff would show the following facts:

### PARTIES

1.

Plaintiff, Kimberly Hobson. is an adult resident citizen of Rankin County, Mississippi, whose address is 119 Knight Rd. Pearl, MS 39208.

2.

Defendant, Mobile Medic Ambulance Service, Inc., is a Delaware Corporation doing business in Mississippi. Mobile Medic Ambulance Service, Inc. has a principal place of business at 6363 S. Fiddler's Green Circle, Suite 1400, Greenwood Village, CO 80111. Mobile Medic Ambulance Service, Inc., may be served with process upon its registered agent, Corporation Service Company, located at 7716 Old Canton Road, Suite C, Madison, MS 39110.


EXHIBIT "A"

3.

John Does 1-5 are entities and/or individuals, including but not limited to, employees, agents, owners and operators of Mobile Medic Ambulance Service, Inc. who are liable to Plaintiff and who maintained authority and discretion regarding the maintenance of, control of the vehicle involved in the subject accident. This also includes the unknown driver of the said vehicle involved in the subject accident.

## JURISDICTION AND VENUE

4.

This civil action arises out of the negligent acts and omissions of Defendant committed in the State of Mississippi against residents of the State of Mississippi.

5.

This Court has in personam jurisdiction over Defendant pursuant to §13-3-57 of the Mississippi Code.

6.

Venue is proper in Hinds County, Mississippi in that the accident occurred in Hinds County, Mississippi, pursuant to §11-11-3 of the Mississippi Code.

## FACTS

7.

On or about December 17, 2020, in Hinds County, Mississippi, the Plaintiff was traveling westbound on or near the Pearl River Bridge. At the same time, the Defendant, John Doe, while driving the vehicle of Mobile Medic Ambulance Service, Inc., traveling in the same direct as the Plaintiff on or near the Pearl River Bridge

when he crashed into the vehicle of the Plaintiff causing damages.

8.

While responsible for the management and control of the ambulance, the Mobile Medic Ambulance Service, Inc. driver caused his or her vehicle to be driven in a careless, negligent, and reckless manner and without due regard for the safety and convenience of Kimberly Hobson. Mobile Medic Ambulance Service, Inc.'s driver did not properly control their vehicle and crashed into Plaintiffs' vehicle, which caused Kimberly Hobson great physical pain and mental anguish.

9.

At all times relevant, the Plaintiff did not contribute to the collision in any manner.

## NEGLIGENCE AND GROSS NEGLIGENCE OF MOBILE MEDIC AMBULANCE SERVICE, INC.

10.

Defendant Mobile Medic Ambulance Service, Inc., before and at the time of the collision here was guilty of intentional, willful, unlawful, reckless, and/or negligent acts and/or omissions which include but are not necessarily limited to the following:

  a.  Hiring and retaining John Doe;
  b.  Failing to properly train John Doe;
  c.  Failing to develop, implement, and/or enforce reasonable and prudent

safety policies for the protection and safety of the public;

d.    Failing to perform an adequate pre-employment background check before hiring John Doe.

## NEGLIGENCE OF JOHN DOES 1-5

### 11.

Plaintiff adopts by reference the foregoing paragraphs as if fully set forth herein.

### 12.

John Does 1-5 are entities and/or individuals, including but not limited to, employees, agents, contractors, owners, drivers, and operators of the vehicle of Mobile Medic Ambulance Service, Inc., and/or any connected parties/entities related to Mobile Medic Ambulance Service, Inc., or any other unknown parties who are liable to Plaintiff. The John Does 1-5 will be named when and if they are located and found to be a party to this cause.

### 13.

Disregarding his duty as a motorist, Defendant was guilty of one or more of the following:

a.    Failure to operate said vehicle with due care and caution for the safety of Plaintiff;

b.    Failure to properly control his vehicle;

c.    Failure to keep a proper look-out and be on the alert;

d.    Failure to drive at a reasonable speed;

e.     And other negligent acts or omissions of the Defendant.

14.

Each of the Defendants are liable unto your Plaintiff for the wrongs complained of herein.

## DAMAGES

15.

Plaintiff is entitled to recover damages in an amount to be assessed by the jury, including but not limited to the following:

a.     Past, present and future medical expenses;

b.     Past, present and future physical pain and suffering;

c.     Past, present and future mental and emotional distress;

d.     Past, present, and future wage loss;

d.     Any other relief which the Court or jury deems just or appropriate based upon the circumstances.

16.

By reason of the outrageous, willful and wanton conduct of the Defendant as alleged herein, Plaintiff is entitled to recover punitive damages in an amount sufficient to punish and deter the Defendant and others similarly situated from committing the same wrongful acts.  Plaintiff is thus requesting punitive damages as to all counts herein above.

## RELIEF DEMANDED

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands a judgment

of and from Defendant as follows:

    (a)    Actual and compensatory damages;

    (b)    Pre-judgment and post-judgment interest, and all costs accrued in this

            action; and

    (c)    Any other relief which the Court or jury deems just and appropriate.

RESPECTFULLY SUBMITTED,

KIMBERLY HOBSON

BY: _____

TAUREAN BUCHANAN

OF COUNSEL:

TAUREAN BUCHANAN, MSB#102712
BUCHANAN LAW, PLLC
P. O. BOX 12274
JACKSON, MS 39236
(601) 918-4345 (PHONE)
(855)918-4345 (FAX)
TBUCHANAN@BUCHANAN.LAW

-6-

# COVER SHEET

## Civil Case Filing Form

*(To be completed by Attorney/Party Prior to Filing of Pleading)*

**Court Identification Docket #**

County # **0 5 1**  Judicial District **C O**  Court ID

Case Year **2 0 0 7**   Docket Number **3 8 1 6**   Local Docket ID

Month **1 1**  Date **1 5**  Year **2 1**

This area to be completed by clerk

Mississippi Supreme Court — Form AOC/01 (Rev 2020)
Administrative Office of Courts

Case Number if filed prior to 1/1/94

In the ☑ COUNTY   Court of **HINDS**   ☑ County — FIRST ☑ Judicial District

## Origin of Suit (Place an "X" in one box only)
☐ Initial Filing  ☐ Reinstated  ☐ Remanded  ☐ Reopened  ☐ Foreign Judgment Enrolled  ☐ Joining Suit/Action  ☐ Transfer from Other court  ☐ Appeal  ☐ Other

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form
Individual: **Hobson** (Last Name)  **Kimberly** (First Name)  Maiden Name, if applicable  M.I.  Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business _____ Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff **119 Knight Road, Pearl, MS 39208**
Attorney (Name & Address) **Taurean Buchanan, PO Box 12274, Jackson, MS 39236**   MS Bar No. **102712**
___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form
Individual: _____ (Last Name)  (First Name)  Maiden Name, if applicable  M.I.  Jr/Sr/III/IV
___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business **Mobile Medic Ambulance Service, Inc.**  Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____   MS Bar No. _____

Attorney (Name & Address) - If Known _____

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
☐ Child Custody/Visitation
☐ Child Support
☐ Contempt
☐ Divorce:Fault
☐ Divorce: Irreconcilable Diff.
☐ Domestic Abuse
☐ Emancipation
☐ Modification
☐ Paternity
☐ Property Division
☐ Separate Maintenance
☐ Term. of Parental Rights-Chancery
☐ UIFSA (eff 7/1/97; formerly URESA)
☐ Other _____

**Appeals**
☐ Administrative Agency
☐ County Court
☐ Hardship Petition (Driver License)
☐ Justice Court
☐ MS Dept Employment Security
☐ Municipal Court
☐ Other _____

**Business/Commercial**
☐ Accounting (Business)
☐ Business Dissolution
☐ Debt Collection
☐ Employment
☐ Foreign Judgment
☐ Garnishment
☐ Replevin
☐ Other _____

**Probate**
☐ Accounting (Probate)
☐ Birth Certificate Correction
☐ Mental Health Commitment
☐ Conservatorship
☐ Guardianship
☐ Joint Conservatorship & Guardianship
☐ Heirship
☐ Intestate Estate
☐ Minor's Settlement
☐ Muniment of Title
☐ Name Change
☐ Testate Estate
☐ Will Contest
☐ Alcohol/Drug Commitment (Involuntary)

☐ Alcohol/Drug Commitment (Voluntary)
☐ Other

**Children/Minors - Non-Domestic**
☐ Adoption - Contested
☐ Adoption - Uncontested
☐ Consent to Abortion
☐ Minor Removal of Minority
☐ Other _____

**Civil Rights**
☐ Elections
☐ Expungement
☐ Habeas Corpus
☐ Post Conviction Relief/Prisoner
☐ Other _____

**Contract**
☐ Breach of Contract
☐ Installment Contract
☐ Insurance
☐ Specific Performance
☐ Other _____

**Statutes/Rules**
☐ Bond Validation
☐ Civil Forfeiture
☐ Declaratory Judgment
☐ Injunction or Restraining Order
☐ Other _____

**Real Property**
☐ Adverse Possession
☐ Ejectment
☐ Eminent Domain
☐ Eviction
☐ Judicial Foreclosure
☐ Lien Assertion
☐ Partition
☐ Tax Sale: Confirm/Cancel
☐ Title Boundary or Easement
☐ Other _____

**Torts**
☐ Bad Faith
☐ Fraud
☐ Intentional Tort
☐ Loss of Consortium
☐ Malpractice - Legal
☐ Malpractice - Medical
☐ Mass Tort
☐ Negligence - General
☒ Negligence - Motor Vehicle
☐ Premises Liability
☐ Product Liability
☐ Subrogation
☐ Wrongful Death
☐ Other _____

## IN THE COUNTY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

KIMBERLY HOBSON                                                    **PLAINTIFF**

VS.                                                   CIVIL ACTION NO. 21-3876

MOBILE MEDIC AMBULANCE SERVICE, INC.
JOHN DOES 1-5                                                      **DEFENDANT**

### SUMMONS

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

**Mobile Medic Ambulance Service, Inc.**
**c/o Corporation Service Company**
**7716 Old Canton Road, Suite C**
**Madison, MS 39110**

### NOTICE TO DEFENDANT

THE COMPLAINT, PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSIONS, WHICH ARE ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the 19th day of _____NOV_____ 2021.

ZACK WALLACE, CLERK
COUNTY COURT OF HINDS COUNTY

BY: _____ D. C.

COUNSELS FOR PLAINTIFF
TAUREAN BUCHANAN, MSB# 102712
BUCHANAN LAW, PLLC
P.O. BOX 12274
JACKSON, MS 39236
(601)918-4345

Case: 25CO1:21-cv-03816-LCS   Document #: 4   Filed: 01/10/2022   Page 1 of 2

## PROOF OF SERVICE-SUMMONS
### (Process Server)

Name of Person or Entity Served: *Mobile Medic Ambulance Service, Inc*
*C/O Corporation Service Company*

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

____ FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B). *MOBILE MEDIC AMBULANCE*

✓ PERSONAL SERVICE. I personally delivered copies to *C/O C S C Company* on the *6th* day of *January*, 20*22*, where I found said person(s) in *MADISON* County of the State of *MS*.

____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within county, _____(Mississippi). I served the summons and complaint on the _____ day of _____, 20. , at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____, 20 , I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $ _____

Process server must list below: [Please print or type]
Name *Ann James*
Address *1010 N. West ST*
*Jackson, MS 39202*
Telephone No. *769-251-0207*
State of *MS*
County of *HINDS*

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

*Ann James, YBS, LLC*
Process Server (Signature)

Sworn to and subscribed before me this the *10th* day of *January* 20*22*

*LaQuanda Smith*
Notary Public

My commission expires: _____

*[Notary Seal: STATE OF MISSISSIPPI, LaQuanda Smith, ID No. 102184, Comm Expires 05/06/2024, NOTARY PUBLIC, HINDS COUNTY, MS]*

## IN THE COUNTY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

KIMBERLY HOBSON                                                          **PLAINTIFF**

VS.                                        CIVIL ACTION NO. 21-3816

MOBILE MEDIC AMBULANCE SERVICE, INC.
JOHN DOES 1-5                                                            **DEFENDANT**

### SUMMONS

**TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:**

You are hereby commanded to Summons:

**Mobile Medic Ambulance Service, Inc.
c/o Corporation Service Company
7716 Old Canton Road, Suite C
Madison, MS 39110**

### NOTICE TO DEFENDANT

THE COMPLAINT, PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSIONS, WHICH ARE ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the 19th day of ___NOV___ 2021.

ZACK WALLACE, CLERK
COUNTY COURT OF HINDS COUNTY

BY: _____ D. C.

COUNSELS FOR PLAINTIFF:
TAUREAN BUCHANAN MSB# 102712
BUCHANAN LAW, PLLC
P.O. BOX 12274
JACKSON, MS 39236
(601)918-4345